1  **GARY E. SCHNITZER, ESQ.**
   Nevada Bar Number 395
2  **KRAVITZ, SCHNITZER & JOHNSON**
   gschnitzer@ksjattorneys.com
3  8985 S. Eastern Avenue, Suite 200,
   Las Vegas, NV 89123
4  Telephone: (702) 222-4142
5  Facsimile: (702) 362-2203
   Email: gschnitzer@ksjattorneys.com
6  *Attorney for Defendant*
7  OCWEN LOAN SERVICING, LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **JAMES W.P. ANDREWS,** | |
| **Plaintiff,** | **Civil Action No. 2:17-cv-01255-JAD-VCF** |
| v. | **JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| **OCWEN LOAN SERVICING, LLC,** | |
| **Defendant.** | **(FIRST REQUEST)** |

Pursuant to Local Rule IA 6-1 of the United States District Court for the District of Nevada, Defendant Ocwen Loan Servicing, LLC ("Defendant") and Plaintiff James W.P. Andrews ("Plaintiff"), by and through their respective counsel, hereby stipulate as follows:

1. Plaintiff filed his Complaint on May 5, 2017;

2. Plaintiff filed his First Amended Complaint on May 8, 2017;

3. Plaintiff re-filed the Amended Complaint as a "corrected document" on May 12, 2017;

4. Defendant was served with the Complaint on June 6, 2017;

5. Defendant's deadline to answer or respond to Plaintiff's Complaint is June 27, 2017;

6. Defendant has requested and Plaintiff has consented to an additional fourteen (14) days for Defendant to file an Answer or otherwise respond to the Complaint;

7. An additional fourteen (14) days for Defendant to answer or respond to Plaintiff's

KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

Complaint will not alter the date of any event or deadline already fixed by the Court or prejudice any party;

8. Good cause exists to grant the stipulation as the additional fourteen (14) days are needed to allow Defendant to complete its investigation of Plaintiff's allegations and review documents; and

9. Pursuant to Civil Local Rules 6.2 and 7.1, Plaintiff and Defendant agree that Defendant shall have up to and including July 11, 2017 to file a responsive pleading to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

DATED this 13th day of June, 2017.

KRAVITZ, SCHNITZER & JOHNSON

By: */s/ Gary E. Schnitzer*
Gary E. Schnitzer (NV Bar No. 395)
8985 S Eastern Avenue Suite 200,
Las Vegas, NV 89123
Telephone: (702) 222-4142
Facsimile: (702) 362-2203
Email: gschnitzer@ksjattorneys.com

Attorney for Defendant

DATED this 13th day of June, 2017.

HAINES & KRIEGER, LLC

By: */s/ David H. Krieger*
David H. Krieger, Esq. (NV Bar No. 9086)
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorney for Plaintiff

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE

DATED: 6-13-2017

2