Michael Kind, Esq.
Nevada Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
6069 South Fort Apache Road, Suite 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff James W.P. Andrews*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| James W.P. Andrews,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Ocwen Loan Servicing, LLC,<br><br>　　　　　Defendant. | Case No.: 2:17-cv-01255-JAD-VCF<br><br>**ORDER GRANTING MOTION TO LIFT STAY** [ECF No. 27] |

　　　Plaintiff James W.P. Andrews ("Plaintiff") hereby moves this Court to lift the Stay in this case. On July 12, 2017 this Court granted Defendant's motion to stay this case pending the D.C. Circuit's issuance of a mandate in *ACA Int'l v. FCC*, No. 15-1211 (D.C. Cir. 2015). ECF No. 17. The D.C. Circuit issued its decision on March 16, 2018. *ACA Int'l v. FCC*, No. 15-1211, 2018 U.S. App. LEXIS 6535 (D.C. Cir. Mar. 16, 2018). Plaintiff therefore requests that the Stay be lifted in this case.

Plaintiff will meet and confer with Defendant and file a joint proposed discovery plan and scheduling order within **14 days** after this Court grants this motion, or as otherwise directed by this Court.

DATED this 13th day of April 2018.

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Road, Suite 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

### ORDER

Good cause appearing, IT IS HEREBY ORDERED that the Motion to Lift Stay **[ECF No. 27] is GRANTED.** The Clerk of Court is directed to LIFT THE STAY. The parties have until May 14, 2018, to file a Joint Proposed Discovery Plan and Scheduling Order.

_____
U.S. District Judge Jennifer A. Dorsey

Dated: April 23, 2018