Michael Kind, Esq.
Nevada Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
6069 South Fort Apache Road, Suite 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff James W.P. Andrews*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| James W.P. Andrews,<br><br>　　　　Plaintiff,<br>v.<br><br>Ocwen Loan Servicing, LLC,<br><br>　　　　Defendant. | Case No.: 2:17-cv-01255-JAD-VCF<br><br>**Stipulation for an extension of time for Plaintiff to Respond to Defendant's Motion to Dismiss [ECF No. 29]**<br><br>**(First Request)**<br><br>[ECF No. 33] |
|---|---|

　　　　Plaintiff James W.P. Andrews ("Plaintiff") and Ocwen Loan Servicing, LLC ("Defendant"), by and through their respective counsel, hereby submit this stipulation for an extension of time—until **June 11, 2018**—for Plaintiff to respond to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint, filed on May 14, 2018, ECF No. 29. Plaintiff's Response is currently due on May 28, 2018.

　　　　Plaintiff filed his Complaint on May 5, 2017. ECF No. 1. On July 12, 2017

this Court granted Defendant's motion to stay this case pending the D.C. Circuit's issuance of a mandate in *ACA Int'l v. FCC*, No. 15-1211 (D.C. Cir. 2015). ECF No. 17. The Stay was lifted on April 23, 2018. ECF No. 28. The Parties are actively discussing possible mediation in this case. In good faith and not for the purposes of delay, Plaintiff has requested and Defendant has agreed to allow Plaintiff an additional 14 days to respond to the Motion. The Parties in good faith stipulate to allow additional time for Plaintiff to respond to the Motion. This is the first request for an extension of this deadline.

The Parties therefore stipulate that Plaintiff's response to Defendant's motion to dismiss, ECF. No. 29, shall be due on or before **June 11, 2018**.

DATED this 24th day of May 2018.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

**Troutman Sanders LLP**

By: /s/ Anna Jane I. Zarndt
Anna Jane I. Zarndt, Esq.
11682 El Camino Real, Ste. 400
San Diego, CA 92130
*Attorneys for Defendant*

IT IS SO ORDERED:

_____
U.S. District Judge Jennifer A. Dorsey

DATED: May 25, 2018