# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA – LAS VEGAS

| | |
|---|---|
| James W.P. Andrews,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Ocwen Loan Servicing, LLC,<br><br>　　　　　Defendant. | Case No. 2:17-cv-01255-JAD-VCF<br><br>**Order Staying Case Pending Settlement**<br><br>[ECF Nos. 29, 39] |

Good cause appearing, IT IS HEREBY ORDERED that the Joint Motion to Stay Proceedings Pending Finalization of Settlement **[ECF No. 39] is GRANTED.** The parties have until October 22, 2018, to file a stipulation to dismiss this case or a status report explaining how the court can assist in finalizing the settlement that the parties have reached. In light of the settlement, IT IS FURTHER ORDERED that the Motion to Dismiss **[ECF No. 29] is DENIED** as moot and without prejudice.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　Dated: September 10, 2018