Michael Kind, Esq.
Nevada Bar No.: 13903
**Kazerouni Law Group, APC**
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
Fax: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No.: 9086
**Haines & Krieger, LLC**
8985 S. Eastern Avenue, Ste. 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff James W.P. Andrews*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| James W.P. Andrews,<br><br>Plaintiff,<br><br>v.<br><br>Ocwen Loan Servicing, LLC,<br><br>Defendants. | Case No. 2:17-cv-01255-JAD-VCF<br><br>**Stipulation to Dismiss Action with Prejudice**<br><br>ECF No. 42 |

Plaintiff James W.P. Andrews ("Plaintiff") and Defendant Ocwen Loan Servicing, LLC ("Defendant") (jointly the "Parties"), hereby move this Honorable Court to dismiss the above-entitled action with prejudice. In support of this joint motion, the Parties state as follows:

1. The Parties have reached a settlement in this action;

2. The Parties to this litigation have jointly entered into this Stipulation;

3. Defendant, without acknowledging liability or wrongdoing, and Plaintiff, without acknowledging liability or wrongdoing, have agreed to fully and completely settle this matter;

4. The Parties are to bear their own fees and costs;

5. The settlement between Plaintiff and Defendant is memorialized in a written settlement agreement, now fully executed by Plaintiff and Defendant and,

6. The Parties agree that this Court may proceed to dismiss this action in its entirety with prejudice as to Plaintiff's individual claims, pursuant to Fed. R. Civ. P. 41(a)(1)(A(ii).

///

///

WHEREFORE, the Parties jointly move this Court to dismiss the above-captioned action with prejudice.

DATED this 31st day of October 2018.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**TROUTMAN SANDERS LLP**

By: /s/ Anna Jane I. Zarndt
Anna Jane I. Zarndt, Esq.
Chad R. Fuller, Esq.
Virginia Bell Flynn, Esq.
11682 El Camino Real, Ste. 400
San Diego, CA 92130
*Attorneys for Defendant*
*Ocwen Loan Servicing, LLC*

**ORDER**

Based on the parties' stipulation **[ECF No. 42]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 31, 2018